FILED

SEP - 9 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br>v.<br>ALLAN YIV CHAN,<br>    Defendant. | No. 5:17-CR-00323-BLF-1<br><br>[Proposed] ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE PORTIONS OF DEFENDANT'S SENTENCING MEMORANDUM AND STATEMENT IN MITIGATION TO UNDER SEAL |

GOOD CAUSE APPEARING, it is hereby Ordered that defendant Allan Yiv Chan's Administrative Motion to File Portions of Defendant's Sentencing Memorandum and Statements in Mitigation Under Seal is granted.

Accordingly, the following page and line numbers may be redacted in the publically filed version of Defendant's Sentencing Memorandum and Statement in Mitigation:

1. Section I at 2:16-18
2. Section VI.A.1 at 7:4 - 10:27
3. Section VI.A.2. at 11:2-23
4. Section VI.A.4. at 14:25 - 15:11;
5. Section VII at 17:24-25, 18:1-2 and 8-12

In addition, redactions may be made to the following exhibits filed in support of the Sentencing Memorandum and Statement in Mitigation:

Exhibits A, B, C, D, E (portion of Jevelyn Chan's letter)

IT IS SO ORDERED.

Dated: Sept 9, 2024

HON. BETH LABSON FREEMAN
United States District Court Judge